1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4

5    SCOTT JOHNSON,                          Case No. 21-cv-01856-EJD
                 Plaintiff,
6                                            **ORDER TO SHOW CAUSE RE**
                                             **SETTLEMENT**
7        v.
                                             Re: Dkt. No. 14
8    PEET'S COFFEE, INC.,
                 Defendant.
9

10           The parties, having filed a Notice of Settlement on **May 27, 2021** (See Docket Item No.

11   14), are ordered to appear before the Honorable Edward J. Davila on **August 12, 2021 at 10:00**

12   **AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose,

13   California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule

14   of Civil Procedure 41(b). On or before **August 2, 2021**, the parties shall file a joint statement in

15   response to the Order to Show Cause setting forth the status of settlement efforts as well as the

16   amount of additional time necessary to finalize and file a dismissal.

17           The Order to Show Cause shall be automatically vacated and the parties relieved of the

18   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

19   Procedure 41(a) is filed on or before **August 2, 2021.**

20           All other pretrial deadlines and hearing dates are VACATED and any pending motions are

21   TERMINATED.

22           Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23   the action.

24           **IT IS SO ORDERED.**

25   Dated:5/27/2021          _____

26                            EDWARD J. DAVILA
                              United States District Judge
27

28
     Case No.: 21-cv-01856-EJD
     ORDER TO SHOW CAUSE RE SETTLEMENT